# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127983(44)

IN RE FORFEITURE OF $180,975.00

--------------------------------------------------------

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

$180,975.00 IN U.S. CURRENCY,
      Defendant,
and

TAMIKA SHANTE SMITH,
      Claimant-Appellant,
and

TODD FITZGERARLD FLETCHER,
      Claimant.

_____

SC: 127983
COA: 249699
Van Buren CC: 02-500459-CF

On order of the Chief Justice, the motion by plaintiff-appellee for extension of the time for filing their brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2006

_____
Clerk